York City, for appellant. J. B. Smith, Jr., of New York City, for respondent.·

PER CURIAM. Order (90 Misc. Rep. 108, 152 N. Y. Supp. 593) affirmed, with $10 costs and disbursements. Order filed.

INGRAHAM, P. J., and SCOTT, J., dissent.

CHERNOW, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 5, 1915.) Action by Harry Chernow against the Nassau Electric Railroad Company. No opinion. Application denied, with $10 costs.

CITY OF NEW YORK, Respondent, v. NEW YORK TRUST CO., Appellant. (No. 7840.) (Supreme Court, Appellate Division, First Department. November 5, 1915.) Action by the City of New York against the New York Trust Company. T. L. Walsh, of Brooklyn, for appellant. J. P. O'Brien, of New York City, for respondent. No opinion. Determination affirmed, with costs. Order filed. See, also, 167 ·App. Div. 902, 907, 151 N. Y. Supp. 1109.

CITY OF SALAMANCA, Appellant, v. MILLER, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 13, 1915.) Action by the City of Salamanca against C. Fred Miller. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, 154 N. Y. Supp. 1115.

CLARKE, Respondent, v. 1175 DE KALB AVE. CO., Inc., et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 5, 1915.) Action by Thomas A. Clarke against the 1175 De Kalb Avenue Company. Incorporated, and another. No opinion. Motion denied, on condition that appellants perfect the appeal, place the case on the December calendar, and be ready for argument when reached; otherwise, motion granted, with costs.

CLARKE v. UHL. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Bridget Clarke against Herman Uhl. No opinion. Motion denied, with $10 costs. Order filed. See, also, 154 N. Y. Supp. 1115.

In re CLEVELAND. (Supreme Court, Appellate Division, First Department. November 5, 1915.) In the matter of Henry E. Cleveland, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re CLINTON AVE. NORTH IN CITY OF ROCHESTER. In re CASSABEER et al. (Supreme Court, Appellate Division, Fourth Department. October 13, 1915.) In the matter of the· altering of the ·grade of Clinton Avenue North in the City of Rochester. In·the matter of the lands of Elizabeth Cassabeer and others. No opinion. ·Appeal dismissed, without costs, upon stipulation filed.

C. LUDWIG BAUMANN & CO., BROOKLYN, Respondent, v. BAUMANN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 15, 1915.) Action by C. Ludwig Baumann & Co., Brooklyn, against Amelia Baumann and others.

PER CURIAM. Judgment affirmed, with costs. We think that on the evidence of the defendant Amelia Baumann, and· in the light of the proofs adduced by the plaintiff, the trial court was justified in finding that the use of the name "Baumann," without any other designation, by the defendants, was not in good faith. See, also, 155 N. Y. Supp. 1098.

C. LUDWIG BAUMANN & CO., BROOKLYN, Appellant, v. BAUMANN et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 15, 1915.) Appeal from Special Term, Kings County. Action by C. Ludwig Baumann & Co., Brooklyn, against Amelia Baumann and others. From an order denying a motion to punish for contempt, plaintiff appeals. Affirmed. See, also, 165 App. Div. 919, 150 N. Y. Supp. 1081. Clarence M. Lewis, of New York City (Walter N. Seligsberg, of New York City, on the brief), for appellant. Joseph Gans, of New York City, for respondents.

PER CURIAM. The order appealed from was a practical interpretation of the import and scope of the judgment of injunction. Literally the judgment forbade all use of the name "Baumann" in defendant's retail furniture business. But the learned justice, in denying a motion to amend his judgment, has clearly intimated that reasonable use of the name "Amelia Baumann" or "Robert Baumann" (which full names had not been originally before him for decision) did not amount to a punishable contempt. While we are now pointed to certain photographic exhibits which show defendant's signs with the name "Robert" smaller and less prominent than thė rest of the trade title, so that the contrast in lettering is suggestive, the conclusion of the learned justice who has had the case in all its steps should control, and settle such a question of the defendant's purpose and spirit to conform to the injunction. On this appeal plaintiff has not made out sufficient grounds to require us as a court of review to reject the determination at Special Term in favor of defendants. The order is therefore affirmed, but without costs.

COHEN, Appellant, v. ARTHUR WALKER & CO., Respondents. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Jacob Cohen against Arthur Walker & Co. I. Steinhaus, of New York City, for appellant. A. A. Silberberg, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

COHEN, Appellant, v. CITY OF ROCHESTER, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) Action by Hyman J. Cohen against the City of Rochester. No opinion. Motion for continuance of injunction pending appeal denied.